# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155364

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC: 155364
                                  COA: 328568
                                  Genesee CC: 14-035847-FC

RAHEEN AKEEM DUDLEY,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 10, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



d0928

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2017



Clerk